**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

COUNTRY INNS & SUITES BY CARLSON, INC., f/k/a COUNTRY HOSPITALITY CORPORATION, a Minnesota corporation,

Plaintiff,

vs.

TWO H.O. PARTNERSHIP, a Minnesota General Partnership, RONALD L. KOPESKA, DICK T. RIVARD, ROBERT H. PACE, JR., ANDY EAKMAN and JOHN ETHAN,

Defendants.

CASE NO. 01-CV-1214 JRT/RLE

**STIPULATION AND ORDER**

WHEREAS, Plaintiff Country Inns & Suites by Carlson, Inc. ("Carlson") has commenced the above-captioned litigation by service of Summons and Complaint upon defendants Two H.O. Partnership ("the Partnership"), Ronald L. Kopeska, Dick T. Rivard, Robert H. Pace, Jr.;

WHEREAS, Carlson is in the process of effecting serice of the Summons and Complaint upon defendants Andy Eakman and John Ethan;

WHEREAS, defendants have requested an additional fifteen (15) days in which to interpose their Answers to Carlson's Complaint or otherwise respond; and

WHEREAS, Carlson has no objection to defendants' request for a 15 day extension.

NOW, THEREFORE, the parties hereby agree and stipulate as follows:

FILED AUG 08 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

1. Carlson agrees to grant Defendants extensions of time to interpose Answers to the Summons and Complaint or otherwise respond;

2. That such extensions shall run 15 days from the date that each Defendant's Answer was due, and

3. That the Partnership's Answer shall be due on or before the end of business Friday, August 17, 2001.

The parties have executed this Stipulation as of the date set forth.

GRAY PLANT MOOTY MOOTY & BENNETT, P.A.

By ______________________
Kirk W. Reilly (Atty. I.D. No. 153370)
3400 City Center
33 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 343-2800
Facsimile: (612) 333-0066

COUNSEL FOR PLAINTIFF COUNTRY INNS AND SUITES BY CARLSON, INC.

TWO H.O. PARTNERSHIP

By ______________________
Its Partner

______________________
Dick T. Rivard

Ronald L. Kopeska

Robert H. Pace

**ORDER**

It is ordered that Defendants shall have a fifteen (15) day extension of time in which to Answer or otherwise respond to Plaintiffs' Summons and Complaint.

Dated: ______________

Judge for United States District Court
District of Minnesota

GP:813437 v1

Ronald L. Kopeska

Robert H. Pace 7-30-01

## ORDER

It is ordered that Defendants shall have a fifteen (15) day extension of time in which to Answer or otherwise respond to Plaintiffs' Summons and Complaint.

Dated: AUG 08 2001

Raymond L Erickson
Judge for United States District Court
District of Minnesota

GP:813427 V1