UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| COUNTRY INNS & SUITES BY CARLSON, INC. f/k/a Country Hospitality Corporation, a Minnesota corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TWO H.O. PARTNERSHIP, a Minnesota General Partnership, RONALD L. KOPESKA, DICK T. RIVARD, ROBERT H. PACE, JR., ANDY EAKMAN, AND JOHN ETHAN,<br><br>Defendants. | ) | Civil Action No.: 01-1214 JRT/RLE<br><br>**ORDER FOR JUDGMENT** |

Upon the stipulation of counsel

IT IS ORDERED that any and all claims by plaintiff Country Inns & Suites by Carlson, Inc. against defendants Two H.O. Partnership, Ronald L. Kopeska, Dick T. Rivard, Robert H. Pace, Jr., Andy Eakman and John Ethan, as well as any and all counterclaims by defendants Two H.O. Partnership, Ronald L. Kopeska, Dick T. Rivard, Robert H. Pace, Jr., Andy Eakman and John Ethan against Country Inns & Suites by Carlson, Inc. in the above-entitled action be and the same hereby are, dismissed with prejudice, on the merits and without costs or disbursements to either party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated this 22nd day of July, 2002.

BY THE COURT:

[signature]
John R. Tunheim
UNITED STATES DISTRICT COURT JUDGE

GP:905331 v1

FILED ____
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD JUL 22 2002
DEPUTY CLERK ____

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| COUNTRY INNS & SUITES BY CARLSON, INC. f/k/a Country Hospitality Corporation, a Minnesota corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TWO H.O. PARTNERSHIP, a Minnesota General Partnership, RONALD L. KOPESKA, DICK T. RIVARD, ROBERT H. PACE, JR., ANDY EAKMAN, AND JOHN ETHAN,<br><br>Defendants. | ) | Civil Action No.: 01-1214 JRT/RLE<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

The undersigned parties to the above-entitled action hereby stipulate that any and all claims asserted by plaintiff Country Inns & Suites by Carlson, Inc. against defendants Two H.O. Partnership, Ronald L. Kopeska, Dick T. Rivard, Robert H. Pace, Jr., Andy Eakman and John Ethan, as well as any and all counterclaims asserted by defendants Two H.O. Partnership, Ronald L. Kopeska, Dick T. Rivard, Robert H. Pace, Jr., Andy Eakman, and John Ethan against plaintiff Country Inns and Suites by Carlson, Inc. in this action are dismissed with prejudice and on their merits and without costs or disbursements to any party, and it is agreed that any party may forthwith, without notice to the other, apply to the Court pursuant to the provisions of this stipulation for an order directing that judgment be entered forthwith.

Dated this 16th day of July, 2002.

GRAY, PLANT, MOOTY, MOOTY & BENNETT, P.A.

By [signature]
Kirk W. Reilly (#153370)
3400 City Center
33 South Sixth Street
Minneapolis, MN 55402
Telephone: 612-343-2800

ATTORNEYS FOR DEFENDANT

GP:905311 v1

Dated this 18 day of July, 2002.

STEPHENSON & SANFORD, PLC

By [signature]
William L. Norine (188049)
501 Marquette Avenue
Suite 1440
Minneapolis, MN 55402
Telephone: 612-375-1440

ATTORNEYS FOR PLAINTIFF